IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACACIA C.,<br><br>        Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,[1]<br><br>        Defendant. | 8:20-CV-96<br><br>JUDGMENT |

Pursuant to the memorandum and order entered this date, judgment is entered for the plaintiff and against the defendant providing that the plaintiff is awarded attorney fees totaling $3,253.69 to be paid out of the Judgment Fund administered by the Department of Justice.

Dated this 3rd day of August, 2021.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge

---

[1] Kilolo Kijakazi is now the Acting Commissioner of the Social Security Administration and has been substituted as a party pursuant to Fed. R. Civ. P. 25(c). Filing 23.